LAWRENCE WATSON *vs.* JUSTICES OF THE DORCHESTER DIVISION OF THE DISTRICT COURT DEPARTMENT & another.[1] November 24, 2008. *Supreme Judicial Court,* Superintendence of inferior courts. *Practice, Civil,* Relief in the nature of certiorari.

Lawrence Watson (petitioner) appeals from a judgment of a single justice of this court denying his petition for relief pursuant to G. L. c. 211, § 3, and G. L. c. 249, § 4. We affirm.

The petitioner, a frequent litigant in the Massachusetts appellate courts, raises numerous claims arising from a series of G. L. c. 209A orders issued by the District Court more than a decade ago. The petitioner has offered no supporting material for his claims, largely, as he concedes, because of the age of the claims — they arise from orders entered in the District Court in 1995. See *Lu* v. *Boston Div. of the Hous. Court Dep't*, 432 Mass. 1005, 1005-1006 (2000). To the extent that he claims the District Court has failed to provide him with materials from his underlying cases, even those claims are made without support. See *Roe* v. *Rosencratz*, 443 Mass. 1021 (2005); *Santiago* v. *Commonwealth*, 442 Mass. 1045 (2004). We have been presented with no basis to conclude that the single justice abused his discretion or otherwise erred.

*Judgment affirmed.*

*Lawrence Watson*, pro se.